TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director, District Court Section

AARON S. GOLDSMITH
ARAM A. GAVOOR
Trial Attorney(s)
United States Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4107
Email: Aaron.Goldsmith@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SOCIETY OF THE DIVINE WORD CHICAGO PROVINCE, *et al.*,<br><br>  Plaintiff,<br><br>  v.<br><br>JANET NAPOLITANO, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>  Defendants.<br>_____ | Case No.  CV09-02944-GAF (VBKx)<br><br>]<br>JUDGMENT FOR DEFENDANTS<br><br><br>THE HONORABLE<br>GARY A. FEESS |

1  This action came before the Court with the Honorable Gary A. Feess, Judge
2 presiding.   After consideration of the papers submitted by the parties,
3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to
4 the Court's order of October 2, 2009 granting Defendants' motion for summary
5 judgment in its entirety and denying Plaintiff's cross-motion for summary
6 judgment, that judgment be entered in favor of defendants and against plaintiff.
7  **IT IS SO ORDERED.**

9 DATED: October 12, 2009

  _____
  HON. Gary A. FEES
  UNITED STATES DISTRICT COURT